UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ADRAGNA,            ) | 1:09-cv-00782 WMW (HC) |
|                       Petitioner,   ) | |
|                                   ) | ORDER DIRECTING PETITIONER TO FILE |
|      v.                             ) | AMENDED PETITION |
|                                     ) | [Doc. #1] |
| GONZALES, Warden                ) | |
|                                    ) | ORDER DIRECTING CLERK TO SEND |
|                       Respondent.  ) | PETITIONER A BLANK FORM PETITION |
| _____) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 29, 2009 Petitioner filed a Notice of Appeal, Motion for Leave to File a Late Petition for Writ of Habeas Corpus. (Doc. #1). In this motion Petitioner asked the court to allow him to file a petition for habeas corpus even though the statutory period in which to do so has allegedly expired. The instant motion is deficient as a petition for writ of habeas corpus because it does not state the grounds on which Petitioner is filing a petition nor any facts to support those claims.

Petitioner is hereby ORDERED to file an amended petition for writ of habeas corpus. Only after briefing by both parties will the Court consider the issues raised, including statute of

limitations.

The clerk of the court is hereby ORDERED to send Petition a blank form petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   May 5, 2009**                               /s/  **William M. Wunderlich**
                                                                        UNITED STATES MAGISTRATE JUDGE