1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY L. ADRAGNA, | ) | 1:09-cv-00782 YNP DLB (HC) |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING PETITIONER TO FILE |
| | ) | AMENDED PETITION ON THE PROVIDED |
| v. | ) | §2254 FORM PETITION |
| | ) | |
| GONZALES, Warden | ) | ORDER DIRECTING CLERK TO SEND |
| | ) | PETITIONER A BLANK § 2254  FORM |
| Respondent. | ) | PETITION |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 29, 2009 Petitioner filed a Notice of Appeal, Motion for Leave to File a Late Petition for Writ of Habeas Corpus. (Doc. #1).  In this motion Petitioner asked the court to allow him to file a petition for habeas corpus even though the statutory period in which to do so has allegedly expired.  The Court found that the motion was deficient to qualify as a petition for writ of habeas corpus because it does not state the grounds for which Petitioner was seeking habeas relief nor any underlying facts that might support a claim.  On May 3, 2009, the Court ordered Petitioner to file an amended petition and ordered the clerk of the court to send Petitioner a blank § 2254 form petition. (Doc. #3)

On May 19, 2009, the Court received Petitioner's amended petition for writ of habeas corpus. (Doc. #5).  The petition faces many of the same problems of the first petition.  While Petitioner does set forth four different claims, none of those claims state a specific constitutional right that was violated or describe the factual circumstances that led to that violation.  For example, in ground (a),

1    Petitioner asserts that he entered a guilty plea and that his constitutional rights were violated by the

2    state court but he never specifies what constitutional right was violated and how the state court went

3    about violating that right.  Furthermore, Petitioner provides absolutely no background information

4    about his case.  He does not state when, where, and for what he was convicted, nor does he apprise

5    the Court of his appeal history or the existence of any previous habeas petitions. In summary,

6    Petitioner has not provided this Court with enough information to proceed with his case.

7        Petitioner is hereby ORDERED to file an amended petition for writ of habeas corpus, on the

8    provided §2254 form petition. Furthermore, Petitioner is ORDERED to answer each and every

9    question on the form petition to the best of his ability and to plead with specificity each and every

10   constitutional violation that Petitioner believes occurred and the facts surrounding each violation.

11       The clerk of the court is hereby ORDERED to send Petition a blank §2254 form petition for

12   writ of habeas corpus.

13

14       IT IS SO ORDERED.

15       **Dated:    June 29, 2009**              _____/s/ **Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California                                      2